# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ANDREW GORZKOWSKI,** : | |
| Plaintiff : | |
| : | **CIVIL ACTION NO. 3:12-2349** |
| v. : | |
| : | **(JUDGE MANNION)** |
| **CAROLYN W. COLVIN,**[1] : | |
| **Acting Commissioner of** | |
| **Social Security** : | |
| Defendant : | |
| : | |

## O R D E R

In light of the memorandum issued this same day, **IT IS HEREBY ORDERED THAT** plaintiff's appeal of the decision of the Commissioner, (Doc. No. 1), is **DENIED**. The Clerk is directed to close the case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: January 21, 2014**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2012 MEMORANDA\12-2349-01-order.wpd

---

[1]On February 14, 2013, Carolyn Colvin became acting Commissioner of Social Security. Pursuant to Fed.R.Civ.P. 25(d), she has been substituted as the defendant.